## WIGHT v. GEER.

A note executed on Sabbath day is void.

ERROR to reverse a judgment of the County Court, in an action upon a note for £15 payable on demand with interest, dated the 15th day of June, A. D. 1788.

Plea in bar — That said note was made and executed and delivered on the 15th day of June, A. D. 1788, at noon, which was Sabbath or Lord's day, and void.

Plaintiff replied — That the defendant was a justice of the peace, and ought not to take advantage of his own wrong, and that he ought not to be barred, without that, that said note was executed and delivered on the Sabbath or Lord's day, at noon. Issue to the jury; who found that said note was executed, etc. on Sabbath or Lord's day at noon, and that the defendant recover his cost.

Motion in arrest — That the issue was immaterial.

The court determined the motion to be insufficient, and gave judgment for the defendant to recover his cost.

Error assigned — That said motion ought to have been adjudged sufficient.

Judgment of the County Court affirmed.    It being against the law, to execute notes on the Lord's day.